# CIRCUIT COURT OF BALTIMORE CITY

Filed December 27, 1892.

SIBLEY, ET AL.,

VS.

McCRACKEN.

*Hyland P. Stewart* for plaintiffs.

*Lewis Hochheimer* for defendants.

DENNIS, J.—

I am of the opinion that the plaintiffs are entitled to relief against the Peach alley house, subject, however, to the mortgage thereon in favor of Hammer. The bill will be dismissed as to the other property.